IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:20CR3130** |
| vs. | |
| EDWARD DEAN WILLIAMS, ANTONIO CORELL SHANNON, and EMMANUEL CHARLES KUOT, | **ORDER** |
| Defendants. | |

Defendants Williams and Kuot have moved to continue the pretrial motion deadline and trial date, (Filing Nos. 49 and 50), because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed, and Kuot is considering whether to enter a plea of guilty. The motions to continue are unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motions to continue filed by Defendants Kuot and Williams, (Filing Nos. 49 and 50), are granted.

    **No further continuances will be granted absent a substantial showing of good cause**.

2) As to all defendants, pretrial motions and briefs shall be filed on or before May 6, 2022

3) As to all defendants, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge,  in Courtroom 1, United States Courthouse, Lincoln, Nebraska,  at 9:00

a.m. on June 6, 2022, or as soon thereafter as the case may be called, for a duration of fifteen (15) trial days. Jury selection will be held at commencement of trial.

4)      The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial, and as to all defendants, the additional time arising as a result of the granting of the motions, the time between today's date and June 6, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 10, 2022.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge